IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02608-RPM-MJW

FOUNDATION FOR ADVANCED RESEARCH, a California corporation; and
ASPEN LAKE INVESTORS, LLC, a Utah limited liability company,

    Plaintiffs-Counterclaim Defendants,

v.

SHARON L. SEELEY,

    Defendant-Counterclaims Plaintiff and Third-Party Plaintiff,

v.

CLINTON WALKER; and
LARRY E. WALKER,

    Third-Party Defendants.

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FILING OF AMENDED COMPLAINT**

---

THIS MATTER, coming before the Court upon Plaintiffs' Unopposed Motion for Leave to File Amended Complaint (the "Motion"), and the Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED that the motion is granted. The Amended Complaint tendered with the motion is filed. The defendant Sharon L. Seeley shall respond on or before March 11, 2008, and may incorporate her previous pleading, filed February 5, 2008, by reference.

DATED: February 20, 2008.

                              BY THE COURT:

                              s/Richard P. Matsch

                              United States District Court Judge

po72608.doc