IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             May 28, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-02608-RPM

| | |
|---|---|
| FOUNDATION FOR ADVANCED RESEARCH and<br>ASPEN LAKE INVESTORS, LLC., | Frank B. Clayton<br>Stuart Pack |
|     Plaintiff-Counterclaim Defendants, | |
| v. | |
| SHARON L. SEELEY | Craig Weinberg<br>Jessica Catlin |
|     Defendant - Counterclaim Plaintiff and Third-Party Plaintiff, | |
| ESTATE OF RICHARD L. STANGER and<br>ESTATE OF OLA L. STANGER, | |
|     Defendants-Counterclaimants and Third Party Plaintiffs, | |
| v. | |
| CLINTON WALKER and<br>LARRY E. WALKER, | |
|     Third-Party Defendants | |

_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**1:58 p.m.     Court in session.**

Clinton Walker and Sharon Seeley present.

Court's preliminary remarks.

Counsel answer questions regarding the recently filed copy of the purchase and sale agreement and the Estates.
Mr. Clayton states he has seen the purchase agreement.
Defendants' counsel state the Estates are both still open and pending in Denver County since 2003 (Richard Stanger) and 2005 (Ola Stanger) and all real properties in Estes Park have been sold.

May 28, 2008
07-cv-02608-RPM

**ORDERED:** **All pleadings filed to date in this case are stricken.**
**Plaintiff shall file an Amended Complaint with applicable sales purchase contract attached against defendant Sharon Seeley individually.**
**No subject matter jurisdiction against the Estates.**

**ORDERED:** **Plaintiffs' Motion to Dismiss Second and Third Counterclaims, filed February 14, 2008 [11], is denied as stricken.**

**ORDERED:** **Clinton Walker's and Larry E. Walker's Motion to Dismiss or Strike Third-Party Complaint, filed February 14, 2008 [12], is denied as stricken.**

**ORDERED:** **Defendants' Motion for Leave to File Amended Counterclaims and Join Additional Parties Pursuant to Rule 13(H), filed March 4, 2008 [19], is denied as stricken.**

**ORDERED:** **Defendants' Motion to Supplement the Record, filed May 27, 2008 [33], is denied as stricken.**

**2:15 p.m.** **Court in recess.**

Hearing concluded. Total time: 17 min.