IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02608-RPM

FOUNDATION FOR ADVANCED RESEARCH, a California corporation; and
ASPEN LAKE INVESTORS, LLC, a Utah Limited Liability Company,

      Plaintiffs,
v.

SHARON L. SEELEY,

      Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **July 31, 2008, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 24, 2008.**

      The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      Dated: June 20th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
  .                                   Richard P. Matsch, Senior District Judge