IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02608-RPM-MJW

FOUNDATION FOR ADVANCED RESEARCH, a California corporation; and
ASPEN LAKE INVESTORS, LLC, a Utah limited liability company,

       Plaintiffs,

v.

SHARON L. SEELEY,

       Defendant.

_____

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS ENDING SETTLEMENT NEGOTIATIONS
_____

THIS MATTER, coming before the Court upon the parties' Joint Motion to Stay Proceedings Pending Settlement Negotiations (the "Motion"), and the Court, having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS that the Motion is GRANTED. This action is stayed, and the time for Plaintiffs to respond to Defendant's Motion to Consolidate Cases is extended to and through September 5, 2008.

DATED this 10th day of July, 2008.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge