IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02608-RPM-MJW

FOUNDATION FOR ADVANCED RESEARCH, a California corporation; and
ASPEN LAKE INVESTORS, LLC, a Utah limited liability company,

    Plaintiffs,

v.

SHARON L. SEELEY,

Defendant.

_____

**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS
PENDING SETTLEMENT NEGOTIATIONS**
_____

    Upon consideration of the parties' Joint Motion to Extend Stay of Proceedings Pending Settlement Negotiations [42], filed on September 5, 2008, it is

    ORDERED that the motion is GRANTED. This action is stayed to and through October 6, 2008, and the time for Plaintiffs to respond to Defendant's Motion to Consolidate Cases is extended to and through October 6, 2008.

    DONE AND ORDERED this 8th day of September, 2008.

                  BY THE COURT:

                  s/Richard P. Matsch
                  _____
                  United States District Court Judge