IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02608-RPM

FOUNDATION FOR ADVANCED RESEARCH, a California corporation; and
ASPEN LAKE INVESTORS, LLC, a Utah Limited Liability Company,

  Plaintiffs,
v.

SHARON L. SEELEY,

  Defendant.

---

## ORDER OF DISMISSAL

---

  Pursuant to the Stipulation of Dismissal without Prejudice [44] filed on October 3, 2008, it is

  ORDERED that this action is dismissed without prejudice.

  Dated: October 6th, 2008

            BY THE COURT:

            s/Richard P. Matsch
            _____
 .           Richard P. Matsch, Senior District Judge